IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COXCOM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. _____ |
| v. | ) |
| | ) |
| REMBRANDT TECHNOLOGIES, L.P., | ) |
| | ) |
| Defendant. | ) |

**<u>PLAINTIFF'S RULE 7.1 STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff CoxCom, Inc. states that no publicly held corporation owns 10% or more of its stock.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Rodger D. Smith II*

        Rodger D. Smith II (#3778)
        Leslie A. Polizoti (#4299)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899
        (302) 658-9200
        rsmith@mnat.com
         *Attorneys for Plaintiff CoxCom, Inc.*

OF COUNSEL

Mitchell G. Stockwell
KILPATRICK STOCKTON LLP
1100 Peachtree Street, N.E.
Suite 2800
Atlanta, GA  30309

November 30, 2006
545387