AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court



DISTRICT OF DELAWARE

COXCOM, INC.,

    Plaintiff,

v.

REMBRANDT TECHNOLOGIES, L.P.,

    Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06 - 721

TO:    Rembrandt Technologies, L.P.
         c/o Secretary of State
         John G. Townsend Bldg.
         Federal & Duke of York Streets
         Dover, Delaware 19901

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEYS:

    Rodger D. Smith II, Esquire
    Leslie A. Polizoti, Esquire
    Morris, Nichols, Arsht & Tunnell LLP
    1201 N. Market Street, P.O. Box 1347
    Wilmington, DE 19899-1347

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                           NOV 3 0 2006

CLERK                                                                   DATE

BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 12/4/06 |
| NAME OF SERVER (PRINT) Richard Riley | TITLE | Courier |
| *Check one box below to indicate appropriate method of service* | | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service of the Summons and Complaint was made upon defendant Rembrandt Technologies, L.P. by delivering copies thereof to the Secretary of State.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/4/06         Richard Riley
                Date           Signature of Server

800 King ST Wilm De 19801
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure