IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COXCOM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-721-GMS |
| v. | ) |
| | ) |
| REMBRANDT TECHNOLOGIES, L.P., | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF MAILING AND OF SERVICE PURSUANT TO D. DEL. LR 4.1(b)**

I, Leslie A. Polizoti, declare as follows:

1. I am an associate in the law firm of Morris, Nichols, Arsht & Tunnell LLP, Delaware counsel to plaintiff CoxCom, Inc. in this action.

2. Copies of the summons, complaint, and Rule 7.1 disclosure statement in this action (the "Service Papers") were served on December 4, 2006 on defendant Rembrandt Technologies, L.P. ("Rembrandt"), pursuant to 10 Del. C. § 3104, by hand delivery to the Delaware Secretary of State with the statutory fee of $2.00. A copy of the Summons, showing service on the Secretary of State, was e-filed with the Court on December 5, 2006 (D.I. 5).

3. On December 4, 2006, copies of the Service Papers were sent by registered mail to Rembrandt. They were sent with a notice stating that service of such process had been made upon the Delaware Secretary of State, and that under 10 Del. C. § 3104, such service is effective for all intents and purposes as if it had been made upon defendant personally within Delaware. See Exhibit A (December 4, 2006 letter from Polizoti to Rembrandt, without attachments).

4. The registered mail return receipt shows that the letter and enclosed Service Papers were received on December 6, 2006, as evidenced by Carol Rain's signature on behalf of the "Addressee," Rembrandt. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

December 11, 2006

_____
Leslie A. Polizoti

548025

# EXHIBIT A

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 Fax

LESLIE A. POLIZOTI
302 351 9415
302 425 3084 Fax
lpolizoti@mnat.com

December 4, 2006

BY REGISTERED MAIL
RETURN RECEIPT REQUESTED

Rembrandt Technologies, L.P.
401 City Avenue, Suite 185
Bala Cynwyd, PA 19004

Re: *CoxCom, Inc. v. Rembrandt Technologies, L.P.*, C.A. No. 06-721

To Whom It May Concern:

This letter constitutes notice under 10 Del. C. § 3104 that suit has been instituted against Rembrandt Technologies, L.P. in the United States District Court for the District of Delaware. Enclosed is a copy of the Summons, Complaint and Rule 7.1 Disclosure Statement as served on the Secretary of State, which explains the basis of the lawsuit.

Please be advised that the Summons, Complaint and Rule 7.1 Disclosure Statement have been served upon the Secretary of State for the State of Delaware. Under the provisions of 10 Del. C. § 3104, such service is effective for all intents and purposes as if it had been made upon Rembrandt Technologies, L.P. personally within this State.

Sincerely,

Leslie A. Polizoti



# EXHIBIT B

UNITED STATES POSTAL SERVICE
PHILADELPHIA, PA 19
06 DEC 2006 PM 8

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market St., 18th Fl.
Wilm., DE 19801

Attn: LAP

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rembrandt Technologies, L.P.
401 City Ave., Ste 185
Bala Cynwyd, PA 19004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☑ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                    12/6/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☑ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☑ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    RA 122 310 877 U.S.

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540