IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COXCOM, INC., <br><br> Plaintiff, <br><br> v. <br><br> REMBRANDT TECHNOLOGIES, L.P., <br><br> Defendant. | C.A. No. 06-721-GMS |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by Plaintiff Coxcom, Inc. and Defendant Rembrandt Technologies, L.P., subject to the approval of the Court, that the time for Defendant to answer, move or otherwise respond to Coxcom's Complaint (D.I. 1) shall be extended to Friday, January 26, 2007.

In light of the holidays, and due to the schedules of counsel, Defendant requests this extension to permit it additional time to review and evaluate the allegations in the Complaint and formulate an appropriate response.

This extension will not disrupt the schedule in this case because there has been no initial conference set with Court and there is no Scheduling Order in place at this time. Defendant has not asked for any prior extensions to respond to the Complaint.

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC** |
| /s/ Rodger D. Smith II | /s/ Kevin M. Baird |
| Rodger D. Smith II (#3778) | George Pazuniak (#478) |
| Leslie A. Polizoti (#4299) | Kevin M. Baird (#4219) |
| Chase Manhattan Centre | James M. Lennon (#4570) |
| 1201 North Market St., P.O. Box 1347 | 222 Delaware Avenue, Suite 1501 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19801 |
| Tel: (302) 685-9200 | Tel: (302) 252-4320 |
| rsmith@mnat.com | kbaird@wcsr.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this _____ day of December, 2006.

_____
United States District Judge