IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COXCOM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-721 (GMS) |
| v. | ) |
| | ) |
| REMBRANDT TECHNOLOGIES, L.P., | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Mitchell G. Stockwell and R. Scott Griffin of Kilpatrick Stockton LLP, 1100 Peachtree Street, Suite 2800, Atlanta, GA 30309, and Tonya R. Deem of Kilpatrick Stockton LLP, 1001 W. Fourth Street, Winston-Salem, NC 27101 to represent plaintiffs CoxCom, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com
   *Attorneys for Plaintiff CoxCom, Inc.*

February 8, 2007
734235.1

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____   _____
                                                                   United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's local rules.

*[signature]*
Mitchell G. Stockwell

2/7/07
Date

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office upon the filing of this motion.

Mitchell G. Stockwell
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta GA  30309
Tele:  404-815-6500
Fax:  404-815-6555
MStockwell@kilpatrickstockton.com

US2000 9760782.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of North Carolina and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's local rules.

_____
Tonya R. Deem

_2/6/07_____
Date

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office upon the filing of this motion.

Tonya R. Deem
Kilpatrick Stockton LLP
1001 W. Fourth Street
Winston-Salem, NC 27101-2400
Tele: 336-607-7485
Fax: 336-734-2653
TDeem@kilpatrickstockton.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's local rules.

_____
R. Scott Griffin

_2/7/07_____
Date

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office upon the filing of this motion.

R. Scott Griffin
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta GA 30309
Tele: 404-815-6500
Fax: 404-815-6555
SGriffin@kilpatrickstockton.com

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on February 8, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Kevin M. Baird
>James M. Lennon
>Womble Carlyle Sandridge & Rice, PLLC

and that on February 8, 2007, I caused copies to be served upon the following in the manner indicated:

**BY HAND & BY E-MAIL**

>Kevin M. Baird
>James M. Lennon
>Womble Carlyle Sandridge & Rice, PLLC
>222 Delaware Avenue, Suite 1500
>Wilmington, DE 19801
>kbaird@wcsr.com
>jlennon@wcsr.com

>*/s/ Rodger D. Smith II*
>Rodger D. Smith II (#3778)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>(302) 658-9200
>rsmith@mnat.com