IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COXCOM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-721 (GMS) |
| v. | ) |
| | ) |
| REMBRANDT TECHNOLOGIES, L.P., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for CoxCom to respond to Rembrandt's Motion to Dismiss for Lack of Jurisdiction Over the Subject Matter (D.I. 18) is extended to and including Friday, February 16, 2007. The reason for this extension is that the issues raised by the motion to dismiss, combined with the parties' litigation in Texas, are complex.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC |
| */s/ Leslie A. Polizoti* | */s/ Kevin M. Baird* |
| Rodger D. Smith II (#3778) | Kevin M. Baird (#4219) |
| Leslie A. Polizoti (#4299) | James M. Lennon (#4570) |
| 1201 N. Market Street | 222 Delaware Avenue, Suite 1500 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 252-4320 |
| (302) 658-9200 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff CoxCom, Inc.* | *Rembrandt Technologies, L.P.* |

SO ORDERED this ___ day of February 2007.

_____
United States District Judge