IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COXCOM, INC., <br><br> Plaintiff, <br><br> v. <br><br> REMBRANDT TECHNOLOGIES, L.P., <br><br> Defendant. | C.A. No. 06-721-GMS |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED between the parties, subject to the approval of the Court, that the time for Defendant to file its reply brief in support of its Motion to Dismiss (D.I. 8) shall be extended to Monday, March 5, 2007.  The reason for the extension is that in its Answer, CoxCom also cross-moved to Enjoin Rembrandt from Proceeding with the Texas Action (D.I. 12).  Rembrandt's answer to CoxCom's Motion is due on March 5, 2007, and for judicial expedience, Rembrandt seeks to respond to both of CoxCom's briefs simultaneously and in one brief.

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC** |
| /s/ Leslie A. Polizoti            ____ <br> Rodger D. Smith II (#3778) <br> Leslie A. Polizoti (#4299) <br> Chase Manhattan Centre <br> 1201 North Market St., P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> Tel:  (302) 685-9200 <br> rsmith@mnat.com <br> *Attorneys for Plaintiff* | /s/ Kevin M. Baird            ____ <br> George Pazuniak (#478) <br> Kevin M. Baird (#4219) <br> James M. Lennon (#4570) <br> 222 Delaware Avenue, Suite 1501 <br> Wilmington, DE 19801 <br> Tel:  (302) 252-4320 <br> kbaird@wcsr.com <br> *Attorneys for Defendant* |

SO ORDERED this _____ day of February, 2007.

_____
United States District Judge