

KILPATRICK
STOCKTON LLP
Attorneys at Law

1001 West Fourth St.
Winston-Salem NC 27101-2400
t 336 607 7300  f 336 607 7500
www.KilpatrickStockton.com

Tonya R. Deem
direct dial 336 607 7485
direct fax 336 734 2653
TDeem@KilpatrickStockton.com

March 9, 2007

**VIA FEDERAL EXPRESS**

Peter T. Dalleo
Clerk of Court
U.S. District Court District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801



Re:   *Notice of Filing Motion for Transfer and Consolidation of Rembrandt Technologies, LP Patent Litigation Pursuant to 28 U.S.C. § 1407*

Dear Mr. Dalleo,

Pursuant to Rule 5.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, please find enclosed copies of the following documents for filing in the ***Rembrandt Technologies, LP v. Cablevision Systems Corporation and CSC Holdings, Inc. (1:06-cv-635-GMS)*** case:

1. Notice of Filing Motion for Transfer and Consolidation of Rembrandt Technologies Patent Litigation Pursuant to 28 U.S. C §1407;

2. Motion for Transfer and Consolidation of Rembrandt Technologies Patent Litigation Pursuant to 28 U.S. C §1407;

3. Memorandum of Law in Support Motion for Transfer and Consolidation of Rembrandt Technologies Patent Litigation Pursuant to 28 U.S. C §1407;

4. Exhibits in Support of Motion for Transfer and Consolidation of Rembrandt Technologies Patent Litigation Pursuant to 28 U.S. C §1407;

5. Notice of Appearance of Counsel; and

6. Corporate Disclosure Statement.

Per your request, I have also enclosed a CDs containing PDF copies of each of the documents listed above to facilitate e-filing.

Peter T. Dalleo
March 9, 2007
Page 2

Please file stamp the enclosed extra notice cover page for the above referenced case and return to me in the enclosed postage-prepaid envelope.

If you have any questions or concerns, please do not hesitate to contact me.

With best regards, I remain

Sincerely yours,

Tonya R. Deem

Enclosures

c:  Mitchell G. Stockwell, Esq.
    Taylor H. Ludlam, Esq.

TRD/std

US2000 9829981.1