IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COXCOM, INC.<br><br>     Plaintiff,<br><br>     v.<br><br>REMBRANDT TECHNOLOGIES, LP<br><br>     Defendant. | C.A. No. 06-721-GMS |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Kevin M. Baird of the firm of Prickett, Jones & Elliott, P.A. hereby withdraws his firm's appearance as counsel for Rembrandt Technologies, LP, in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that, George Pazuniak (DE Bar #478) and James M. Lennon (# 4570) of the firm of Womble Carlyle Sandridge & Rice, PLLC, at 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, hereby enter their appearance as counsel for Rembrandt Technologies, LP and request to be added to all service lists in the above-captioned case.

This the 25th day of October, 2007.

WCSR 3768987v1

| | |
|---|---|
| **PRICKETT, JONES & ELLIOTT, P.A.** | **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC** |
| By: _/s/ Kevin M. Baird_____ | By**:** _/s/ George Pazuniak _____ |
| Kevin M. Baird (#4219) | George Pazuniak (#478) |
| 11 North State Street | James M. Lennon (#4570) |
| Dover, DE 19901 | 222 Delaware Avenue, Suite 1501 |
| Phone: (302) 674-3841 | Wilmington, DE 19801 |
| | Phone: (302) 252-4320 |
| | Fax: (302) 252-4330 |
| | gpazuniak@wcsr.com |
| | *Attorneys for Plaintiff, Rembrandt Technologies, LP* |

## CERTIFICATE OF SERVICE

      I hereby certify that on October 25, 2007, I caused a true copy of the foregoing *Notice of Substitution of Counsel* to served on following in the manner indicated below and was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

**VIA FIRST-CLASS MAIL**
Rodger D. Smith II
Leslie A. Polizoti
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19899

/s/  George Pazuniak
George Pazuniak

WCSR 3768987v1