IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COXCOM, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-721 (GMS) |
| v. ) | |
| ) | |
| REMBRANDT TECHNOLOGIES, L.P., ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of John S. Pratt, Leroy M. Toliver and Brenda O. Holmes of Kilpatrick Stockton LLP, 1100 Peachtree Street, Suite 2800, Atlanta, GA 30309, to represent plaintiff CoxCom, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Plaintiff CoxCom, Inc.*

November 20, 2007
1316971.1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
                                                                United States District Judge

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on November 20, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> George Pazuniak
> James M. Lennon
> Womble Carlyle Sandridge & Rice, PLLC

and that on November 20, 2007, I caused copies to be served upon the following in the manner indicated:

### BY HAND & BY E-MAIL

George Pazuniak
James M. Lennon
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
kbaird@wcsr.com
jlennon@wcsr.com

/s/ Rodger D. Smith II
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
rsmith@mnat.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED
## *PRO HAC VICE*

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

*/s/ John S. Pratt*
John S. Pratt

*November 7, 2007*
Date

**Kilpatrick Stockton LLP**
1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309

## CERTIFICATION BY COUNSEL TO BE ADMITTED
## *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

_____
Leroy M. Toliver

_11-9-07_____
Date

**Kilpatrick Stockton LLP**
1100 Peachtree Street
Suite 2800
Atlanta, Georgia  30309

## CERTIFICATION BY COUNSEL TO BE ADMITTED
## *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

*/s/ Brenda O. Holmes*
Brenda O. Holmes

11·07·07
Date

**Kilpatrick Stockton LLP**
1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309